FILED
1-17-2008
JAN 17 2008
MICHAEL T. MASON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. 08CR 0040 |
|---|---|---|
| v. | ) | Magistrate Judge Michael T. Mason |
| SHANTA MARTIN | ) | **UNDER SEAL** |

### EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal Complaint and Affidavit and this motion to seal and proposed order for 30 days, through and including February 16, 2008, or until the defendant's arrest or further order of the Court, whichever occurs earlier. As grounds for the motion, the government states that disclosure of these materials could seriously jeopardize an ongoing criminal investigation and may prevent the defendant subject to the complaint from being arrested if the complaint and warrant against him are available and known as part of the public record. The government requests, however, that the agents be allowed to enter the existence of the warrant into the NCIC or equivalent law enforcement system.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
TYLER C. MURRAY
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-7846