

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Shanta Martin

Case Number: 08-cr-40

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shanta Martin

**FILED**

JAN 1 8 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| |
|---|
| NAME (Type or print)<br> Michael J. Petro |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Michael J. Petro |
| FIRM<br> Petro & Associates |
| STREET ADDRESS<br> 53 West Jackson Blvd, Suite 324 |
| CITY/STATE/ZIP<br> Chicago, IL   60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6200721 | TELEPHONE NUMBER<br>312-913-111 |
|---|---|

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ✓