# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 40 | **DATE** | 1/23/2008 |
| **CASE TITLE** | United States vs. Shanta Martin | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/23/08. Government and defendant agree on certain conditions of release. Defendant waives her right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10



| | Courtroom Deputy Initials: | KF |
|---|---|---|