IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 CR 40 |
| v. | ) | |
| | ) | Judge Amy St. Eve |
| SHANTA MARTIN, | ) | |
| Defendant. | ) | |

**DEFENDANT MARTIN'S 18 U.S.C. 4241 MOTION TO DETERMINE THE MENTAL COMPETENCY OF THE DEFENDANT TO STAND TRIAL**

NOW COMES the defendant, SHANTA MARTIN, by and through her attorney, MICHAEL J. PETRO, and hereby requests pursuant to rule of criminal procedure section 18 USC 4241 for the Court to order a psychiatric and/or psychological evaluation of the defendant to determine her mental competency and fitness to stand trial.  In support of this Motion the defendant states as follows:

1. Defendant is charged generically with controlled substance offenses.

2. Defendant's case is not set for trial.

3. Defendant currently receives Social Security benefits due to her mental illness. As Defendant's Pretrial Services Report indicates, Defendant currently takes psychotropic medication and has been hospitalized in the past for mental health treatment.

WHEREFORE, the defendant prays that this Honorable Court, pursuant to rule of criminal procedure section 18 USC 4241, to order a psychiatric and/or psychological evaluation of the defendant to determine his mental competency and fitness to stand trial.

Respectfully Submitted,

s/ Michael J. Petro

MICHAEL J. PETRO
ATTORNEY FOR SHANTA MARTIN
53 WEST JACKSON BLVD., SUITE 324
CHICAGO, ILLINOIS  60604
312-913-1111