**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                     )<br>v.                        )<br>                     )<br>SHANTA MARTIN, )<br>        Defendant. ) | No. 08 CR 40<br><br>Judge Amy St. Eve |

**ORDER OF MENTAL COMPETENCY EXAMINATION OF THE DEFENDANT**

      The defendant, SHANTA MARTIN, shall pursuant to rule of criminal procedure section 18 USC 4241 for the Court undergo psychiatric and/or psychological examination by a licensed or certified psychiatrist or psychologist at a facility to be designated by this court who shall prepare and file with the Court a written report. The report will include: 1.) the defendant's history and present symptoms; 2.) a description of the psychiatric, psychological and medical tests that were employed and their results; 3.) the examiner's findings; 4.) the examiner's opinions as to diagnosis and prognosis; 4.) the examiner's opinion as to whether the defendant is able to understand the proceedings against him or to assist properly in his defense.

SO ORDERED:

_____      _____

Judge Amy St. Eve                            Date Ordered