**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | No.  08 CR 40 |
| v. | ) | |
| | ) | Judge Amy St. Eve |
| SHANTA MARTIN, | ) | |
|     Defendant. | ) | |

## NOTICE OF MOTION

To:    Tyler C. Murray
        United States Attorney's Office
        219 South Dearborn St.,Suite 500
        Chicago, IL  60604

     YOUR ARE HEREBY NOTIFIED that on **May 21, 2008 at 8:45 am**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Amy St. Eve, in courtroom 1241, or any other judge as may be holding court in her absence, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **18 U.S.C. 4241 Motion to Determine the Mental Competency of the Defendant to Stand Trial** at which time and place you may appear as you see fit to do so.

                                                                                       s/ Michael J. Petro


Law Office of Michael J. Petro
53 West Jackson Blvd., Suite 324
Chicago, IL  60604
312-913-1111


## PROOF OF SERVICE

     I, Michael J. Petro, certify that I served this notice via the electronic case filing system to each person to whom it is directed on **Tuesday, May 20, 2008**.

                                                                                       s/ Michael J. Petro